■ DEBORAH DEBERGALIS, Respondent, v JOSEPH DEBERGALIS, Appellant. (Appeal No. 1.)—Order unanimously affirmed without costs. Memorandum: The record supports the determination of the Judicial Hearing Officer that defendant's conduct prolonged this litigation, thereby justifying the award of counsel fees in the amount of $7,250.98 *(see, DeCabrera v Cabrera-Rosete,* 70 NY2d 879; *Rados v Rados,* 133 AD2d 536). Contrary to defendant's assertion, "[i]ndigency is not a prerequisite to an award of counsel fees" *(DeCabrera v Cabrera-Rosete, supra,* at 881).

We reject defendant's contention that the denial of plaintiff's application for an award of temporary maintenance during the pendency of the action precludes or operates as a bar to the award of retroactive maintenance in the final order *(see,* Domestic Relations Law § 236 [B] [6] [a]).

Finally, we conclude that, on this record, the award of child support in the amount of $100 per week for the parties' infant daughter is warranted in view of the fact that plaintiff, who is employed full time, pays child care expenses in the sum of $90 per week. (Appeal from order of Supreme Court, Erie County, Heffron, J.H.O.—equitable distribution and support.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ DEBORAH DEBERGALIS, Respondent, v JOSEPH DEBERGALIS, Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *DeBergalis v DeBergalis* ([appeal No. 1] 156 AD2d 963 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Heffron, J.H.O.—equitable distribution and support.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.